No. 22-4057

# In the United States Court of Appeals for the Tenth Circuit

In re: Office of the Utah Attorney General and Utah Attorney General Sean Reyes, Petitioners.

On Petition for Writ of Mandamus to the United States District Court for the District of Utah
No. 2:18-cv-00341-JNP-DAO

## OPPOSED MOTION FOR LEAVE TO FILE AN AMICI CURIAE BRIEF IN SUPPORT OF PETITION FOR WRIT OF MANDAMUS

Ken Paxton
Attorney General of Texas

Brent Webster
First Assistant Attorney General

Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
Tel.: (512) 936-1700
Fax: (512) 474-2697

Judd E. Stone II
Solicitor General

Ari Cuenin
Deputy Solicitor General

Kyle D. Highful
Assistant Solicitor General
Kyle.Highful@oag.texas.gov

Counsel for Proposed Amici Curiae

[Additional counsel listed at end of motion]

Proposed Amici Curiae, the States of Texas, Alabama, Alaska, Arkansas, Colorado, Florida, Idaho, Indiana, Kansas, Kentucky, Louisiana, Mississippi, New Mexico, Ohio, Oklahoma, South Carolina, Virginia, and West Virginia (the States) move for leave to file an amici curiae brief in support of the petition for writ of mandamus. In support of this motion, the States show as follows:

1.    States may file an amici curiae brief "without the consent of the parties or leave of court," Fed. R. App. P. 29(a)(2), "during a court's initial consideration of *a case on the merits*," *id.* 29(a)(1) (emphasis added). Because the States seek to file their brief in support of a mandamus petition rather than an appeal, the States request the Court's leave out of an abundance of caution.

2.    Petitioners do not oppose this motion. Respondent Paul G. Amann does oppose this motion.

3.    The States believe that their brief will be beneficial to the Court. The States have an interest in protecting their senior officials from unnecessary and burdensome depositions. This proceeding asks the Court to determine the appropriate standard federal courts should apply when deciding whether to order the deposition of a high-ranking state official and therefore implicates the States' common interest. As explained in the proposed amici curiae brief, court-ordered depositions of high-ranking executive officials implicate separation-of-powers and federalism concerns, and they detract from the official's ability to serve the public.

## Conclusion

For these reasons, the States request that the Court grant leave to file their proposed amici curiae brief.

Respectfully submitted.

| | |
|---|---|
| Ken Paxton | Judd E. Stone II |
| Attorney General of Texas | Solicitor General |
| | |
| Brent Webster | Ari Cuenin |
| First Assistant Attorney General | Deputy Solicitor General |
| | |
| | /s/ Kyle D. Highful |
| Office of the Attorney General | Kyle D. Highful |
| P.O. Box 12548 (MC 059) | Assistant Solicitor General |
| Austin, Texas 78711-2548 | Kyle.Highful@oag.texas.gov |
| Tel.: (512) 936-1700 | |
| Fax: (512) 474-2697 | Counsel for Proposed Amici Curiae |

STEVE MARSHALL
Attorney General of Alabama

TREG R. TAYLOR
Attorney General of Alaska

LESLIE RUTLEDGE
Attorney General of Arkansas

PHIL WEISER
Attorney General of Colorado

ASHLEY MOODY
Attorney General of Florida

LAWRENCE G. WASDEN
Attorney General of Idaho

THEODORE E. ROKITA
Attorney General of Indiana

DEREK SCHMIDT
Attorney General of Kansas

DANIEL CAMERON
Attorney General of Kentucky

JEFF LANDRY
Attorney General of Louisiana

LYNN FITCH
Attorney General of Mississippi

HECTOR BALDERAS
Attorney General of New Mexico

DAVE YOST
Attorney General of Ohio

JOHN M. O'CONNOR
Attorney General of Oklahoma

ALAN WILSON
Attorney General of South Carolina

JASON S. MIYARES
Attorney General of Virginia

PATRICK MORRISEY
Attorney General of West Virginia

## CERTIFICATE OF CONFERENCE

Counsel for proposed Amici Curiae conferred with counsel for Petitioners the Office of the Utah Attorney General and Utah Attorney General Sean Reyes and Respondent Paul G. Amann. Petitioners do not oppose this motion. Respondent does oppose this motion.

/s/ Kyle D. Highful
KYLE D. HIGHFUL


## CERTIFICATE OF SERVICE

On July 5, 2022, this motion was served via CM/ECF on all registered counsel and transmitted to the Clerk of the Court.

/s/ Kyle D. Highful
KYLE D. HIGHFUL


## CERTIFICATE OF COMPLIANCE

This motion complies with: (1) the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 253 words; and (2) the typeface requirements of Rule 32(a)(5) and the type style requirements of Rule 32(a)(6) because it has been prepared in a proportionally spaced typeface (14-point Equity) using Microsoft Word (the same program used to calculate the word count).

/s/ Kyle D. Highful
KYLE D. HIGHFUL